JOSEPH MARINO, Appellant, *v.* MAURICE J. LANDBERGE, Respondent, et al., Defendants.

Argued January 8, 1948; decided March 5, 1948.

*Aaron Frank, Gustave G. Rosenberg, Benjamin Eigg* and *Nathan L. Samuelson* for appellant.

*Patrick E. Gibbons* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.